UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SYDNI MATTHEWS, # 895848,

        Petitioner,                             Case Number: 18-cv-10763

v.

SHANE JACKSON,

        Respondent.
_____

## JUDGMENT

In accordance with the court's "Opinion and Denying Respondent's Motion to Dismiss, Denying Petition for Writ of Habeas Corpus, and Denying Certificate of Appealability," dated March 24, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner. Dated at Port Huron, Michigan, this 24th day of March, 2021.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT


                                              s/Lisa Wagner
                                          By: Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland